UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04829
    MARK J GRIFFITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4396

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/19/2007 and was confirmed 06/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US CELLULAR CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 5155.00 | .00 | .00 |
| BARGAIN AUTO RENTAL | UNSECURED | 5280.97 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL HWY | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOREST PARK | UNSECURED | 5550.00 | .00 | .00 |
| VILLAGE OF FOREST PARK | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 334.00 | .00 | 334.00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,500.00 | | 102.10 |
| TOM VAUGHN | TRUSTEE | | | 31.90 |
| DEBTOR REFUND | REFUND | | | .00 |

                Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 468.00 | |
| PRIORITY | | 334.00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 102.10 |
| TRUSTEE COMPENSATION | | 31.90 |
| DEBTOR REFUND | | .00 |
| TOTALS | 468.00 | 468.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04829 MARK J GRIFFITH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE